

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00341-CV

**IN RE CELADON TRUCKING SERVICES, INC.** and Abner Albarez-Carballo

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  October 10, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On May 23, 2018, relators filed a petition for writ of mandamus, the real party in interest responded, and relators filed a reply. After considering the petition, response, and reply, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CV-A001336D1, styled *Lonnie Butler v. Celadon Trucking Services, Inc. and The Estate of Abner Alejandro Alvarez-Carballo*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.